UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO.: 9:08-cv-80382/ MIDDLEBROOKS/JOHNSON

MARK ANTHONY WALKER, on his own
behalf and others similarly situated,

        Plaintiff,

v.

KOLTER PROPERTY MANAGEMENT,
LLC
A Florida Limited Liability Company

        Defendant.
_____/

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION FOR AN ORDER PERMITTING COURT SUPERVISED NOTICE TO EMPLOYEES OF THEIR OPT-IN RIGHTS

Plaintiff, MARK ANTHONY WALKER, by and through his undersigned attorneys and pursuant to the Federal Rules of Civil Procedure and the Local Rules for the Southern District of Florida, files this request for an enlargement of time, up to and including August 8, 2008, to file his Motion for an Order Permitting Court Supervised Notice to Employees of Their Opt-In Rights. Plaintiff states the following in support of this Motion:

1. Plaintiff filed this case on behalf of himself and those similarly situated to him alleging violations of the FLSA on April 14, 2008. (D.E. No. 1).

2. Defendant filed its Answer on May 27, 2008. (D.E. No. 8).

3. The Parties filed a Joint Scheduling Report on June 26, 2008. (D.E. No. 9). The Parties Joint Scheduling Report suggested February 10, 2009 as

       the date for joinder of parties. This was intended to include the filing date for Plaintiff's Motion for an Order Permitting Court Supervised Notice to Employees of Their Opt-In Rights.

4. On July 21, 2008, the Court issued a Scheduling Order setting July 22, 2008 as the date to join parties.

5. The Joint Scheduling Report filed by the Parties requires the Parties to exchange Initial Disclosures by July 31, 2008. Defendant has indicated that it cannot provide Plaintiff with its Initial Disclosures prior to July 31, 2008.

6. Plaintiff served his First Set of Interrogatories and Document Requests on Defendant on July 1, 2008. Defendant's responses are due on August 5, 2008.

7. On July 3, 2008, Plaintiff requested deposition dates of Defendant's corporate representatives. However, although Plaintiff has reminded Defendant of the outstanding requests a number of times, to date, Defendant has not agreed upon any dates. Plaintiff is attempting to schedule the requested depositions the week of July 28, 2008.

8. Accordingly, Plaintiff requires additional time to receive and review Defendant's Initial Disclosures, receive and review the discovery responses that will be provided by Defendant, conduct the depositions of Defendant, receive and review the transcripts, and prepare his Motion for an Order Permitting Court Supervised Notice to Employees of Their Opt-In Rights.

9. Plaintiff requests an enlargement of time up to and including August 8, 2008, within which to file his Motion for an Order Permitting Court Supervised Notice to Employees of Their Opt-In Rights her Reply.

10. Pursuant to Local Rule 7.1, Plaintiff's counsel contacted Defendant's counsel and Defendant's counsel does not oppose this Motion.

WHEREFORE, Plaintiff, MARK ANTHONY WALKER, requests the entry of an Order granting her additional time, up to and including August 8, 2008, within which to file and serve his Motion for an Order Permitting Court Supervised Notice to Employees of Their Opt-In Rights.

Dated: July 22, 2008  
Boca Raton, Florida

Respectfully submitted,

/s/ Gregg I. Shavitz_____  
Gregg I. Shavitz (Fla. Bar No. 11398)  
E-mail: gshavitz@shavitzlaw.com  
SHAVITZ LAW GROUP, P.A.  
1515 S. Federal Highway, Suite 404  
Boca Raton, Florida 33432  
Telephone: 561-447-8888  
Facsimile:  561-447-8831  
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of Court using CM/ECF on **July 22, 2008**. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

**s/GREGG I. SHAVITZ**  
Gregg I. Shavitz

## SERVICE LIST

*Walker v. Kolter Property Manager*
*CASE NO.: 9:08-cv-80382/ MIDDLEBROOKS/JOHNSON*
*United States District Court for the Southern District of Florida*

Peter R. Siegel, Esq.
E-mail: Peter.Siegel@gmlaw.com
Greenspoon Marder, P.A.
100 West Cypress Creek Road, Suite 700
Fort Lauderdale, FL 33309
Tel: 954-491-1120
Fax: 954-267-8027
Attorney for Defendant, Kolter Property Manager